2009–1383.  State v. Hudson.
Cuyahoga App. No. 89588, 2009-Ohio-3069. Reported at 123 Ohio St.3d 1426, 2009-Ohio-5340, 914 N.E.2d 1065. On motion for reconsideration. Motion for reconsideration granted to the following extent: The discretionary appeal is accepted; cause held for the decision in 2008–2037, *State v. Williams,* Cuyahoga App. No. 89726, 2008-Ohio-5149 and 2008-Ohio-5286; and briefing schedule stayed.

PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

# CASE ANNOUNCEMENTS

*December 17, 2009*

[Cite as *12/17/2009 Case Announcements,* 2009-Ohio-6629.]

## MERIT DECISIONS WITHOUT OPINIONS

2009–2183.  State ex rel. Polaris Innkeepers, L.L.C. v. Westerville.
In Mandamus. On S.Ct.Prac.R. X(5) determination and respondent's motion for judgment on the pleadings. Motion for judgment on the pleadings granted. Cause dismissed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
PFEIFER, J., dissents.

## MOTION AND PROCEDURAL RULINGS

**In re Bozsik.**
On June 4, 2008, this court found Steven A. Bozsik to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Bozsik was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On December 11, 2009, Bozsik submitted an application for leave of court to commence an original action in mandamus. Upon consideration thereof
    It is ordered by the court that Steven A. Bozsik's December 11, 2009, application for leave is denied.

**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On December 15, 2009, Howard presented an application for leave to file a complaint for writ of mandamus/procedendo in the Supreme Court of Ohio against respondent Supreme Court of Ohio and to remove his vexatious label, instanter. Upon consideration thereof,
    It is ordered by the court that Gregory T. Howard's application for leave is denied.

2009–2068.  State ex rel. Hamilton Cty. Bd. of Commrs. v. Hamilton Cty. Court of Common Pleas.
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of Hamilton County Prosecuting Attorney Joseph T. Deters's motion for leave to intervene as respondent,
    It is ordered by the court that the motion for leave to intervene is granted. The answer and motion for judgment on the pleadings that is attached to the motion for leave to intervene is deemed filed.
    Relator shall file a response to the motion for judgment on the pleadings, which is attached to the intervening respondent's motion for leave to intervene, within ten days of the date of this entry.